# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| UNITED STATES OF AMERICA | 3:16-CR- 00054-BR |
|---|---|
| v. | **INDICTMENT** |
| **ERIC F. OELKERS,** | 18 U.S.C. § 751(a) |
| Defendant. | |

### THE GRAND JURY CHARGES

### COUNT 1
(Escape)
(18 U.S.C. § 751(a))

On or about September 28, 2015, in the District of Oregon, defendant **ERIC F. OELKERS** did knowingly escape from custody in the Northwest Regional Re-Entry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Oregon upon conviction for the commission of Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1);

///

///

///

In violation of Title 18, United States Code, Section 751(a).

Dated this __2__ day of February 2016.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
JOHNATHAN S. HAUB, OSB #76165
Assistant United States Attorney

**Indictment**                                                                                     **Page 2**