

**U.S. Department of Justice**

*U.S. Attorney Billy J. Williams*
*District of Oregon*

| | | |
|---|---|---|
| Johnathan S. Haub, Assistant U.S. Attorney<br>503-727-1032 | *1000 SW 3rd Ave, Ste 600*<br>*Portland, OR 97204* | *Phone 503-727-1000*<br>*Fax 503-727-1117*<br>www.usdoj.gov/usao/or |

October 4, 2016

Thomas Price
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204

> Re:   *United States v. Eric Floyd Oelkers*
>        Case No. 3:16-CR-00054-BR
>        Plea Agreement Letter

Dear Counsel:

1.    **Parties/Scope**:   This plea agreement is between this United States Attorney's Office (USAO) and defendant, and thus does not bind any other federal, state, or local prosecuting, administrative, or regulatory authority.   This agreement does not apply to any charges other than those specifically mentioned herein.

2.    **Charges**:   Defendant agrees to plead guilty to Count 1 of the Indictment, which charges the crime of Escape.

3.    **Penalties**:   The maximum sentence is a five-year term of imprisonment, a fine of up to $250,000, three years' supervised release, and a $100 fee assessment.

4.    **No Further Prosecution**:   The USAO agrees not to bring additional charges against defendant in the District of Oregon arising out of this investigation, known to the USAO at the time of this agreement.

5.    **Sentencing Factors**:   The parties agree that the Court must first determine the applicable advisory guideline range, then determine a reasonable sentence considering that range and the factors listed in 18 U.S.C. § 3553(a).   Where the parties agree that sentencing factors apply, such agreement constitutes sufficient proof to satisfy the applicable evidentiary standard.

AFD Thomas Price
*United States v. Eric Floyd Oelkers*
October 4, 2016
Page 2

---

6.    **Relevant Conduct**:   The parties agree that the base offense level is 13 pursuant to USSG § 2P1.1(a)(1).   The parties agree that defendant is not entitled to a four-level downward adjustment under USSG § 2P1.1(b)(3) because defendant committed a felony offense while on escape status.

7.    **Acceptance of Responsibility**:   Defendant must demonstrate to the Court that he fully admits and accepts responsibility under USSG § 3E1.1 for his unlawful conduct in this case.   If defendant does so, the USAO will recommend a two-level reduction in defendant's offense level. The USAO reserves the right to change this recommendation if defendant, between plea and sentencing, commits any criminal offense, obstructs or attempts to obstruct justice as explained in USSG § 3C1.1, or acts inconsistently with acceptance of responsibility as explained in USSG § 3E1.1.

8.    **Joint Sentencing Recommendation**:   The government will recommend a two-level downward variance for a combination of factors, including defendant's loss of substantial good conduct credits as a result of his escape.   The parties will jointly recommend a prison sentence of a year and a day to be served consecutively to any other prison sentence being served by defendant.   The government will not seek a fine.

9.    **Waiver of Appeal/Post-Conviction Relief**:   Defendant knowingly and voluntarily waives the right to appeal from any aspect of the conviction and sentence on any grounds, except for a claim that:   (1) the sentence imposed exceeds the statutory maximum, or (2) the Court arrives at an advisory sentencing guideline range by applying an upward departure under the provisions of Guidelines Chapters 4 or 5K, or (3) the Court exercises its discretion under 18 U.S.C. § 3553(a) to impose a sentence which exceeds the advisory guideline sentencing range. Should defendant seek an appeal, despite this waiver, the USAO may take any position on any issue on appeal.   Defendant also waives the right to file any collateral attack, including a motion under 28 U.S.C. § 2255, challenging any aspect of the conviction or sentence on any grounds, except on grounds of ineffective assistance of counsel, and except as provided in FED. R. CRIM. P. 33 and 18 U.S.C. § 3582(c)(2).

10.    **Court Not Bound**:   The Court is not bound by the recommendations of the parties or the presentence report (PSR) writer.   Because this agreement is made under Rule 11(c)(1)(B) of the Federal Rules of Criminal Procedure, defendant may not withdraw any guilty plea or rescind this plea agreement if the Court does not follow the agreements or recommendations of the parties.

AFD Thomas Price
*United States v. Eric Floyd Oelkers*
October 4, 2016
Page 3

---

11.     **Full Disclosure/Reservation of Rights**:   The USAO will fully inform the PSR writer
and the Court of the facts and law related to defendant's case.   Except as set forth in this
agreement, the parties reserve all other rights to make sentencing recommendations and to
respond to motions and arguments by the opposition.

12.     **Breach of Plea Agreement**:   If defendant breaches the terms of this agreement, or
commits any new criminal offenses between signing this agreement and sentencing, the USAO is
relieved of its obligations under this agreement, but defendant may not withdraw any guilty plea.

13.     **Memorialization of Agreement**:   No promises, agreements or conditions other than
those set forth in this agreement will be effective unless memorialized in writing and signed by
all parties listed below or confirmed on the record before the Court.   If defendant accepts this
offer, please sign, and attach the original of this letter to the Petition to Enter Plea of Guilty.

Sincerely,

BILLY J. WILLIAMS
United States Attorney

JOHNATHAN S. HAUB
Assistant United States Attorney

CC:   DUSM Pat McGarrah

AFD Thomas Price
*United States v. Eric Floyd Oelkers*
October 4, 2016
Page 4

_____

### CERTIFICATION OF WAIVER OF APPEAL AND VOLUNTARINESS

I have carefully reviewed every part of this agreement with my attorney.   I understand and voluntarily agree to its terms.   I expressly waive my rights to appeal as outlined in this agreement.   I wish to plead guilty because, in fact, I am guilty.

_____11/2_____, 2016                    _____
Date                                       ERIK FLOYD OELKERS
                                           Defendant

I represent the defendant as legal counsel.   I have carefully reviewed every part of this agreement with defendant.   To my knowledge, defendant's decisions to make this agreement and to plead guilty are informed and voluntary ones.

_____11/2_____, 2016                    _____
Date                                       THOMAS PRICE
                                           Attorney for Defendant