Order On Petition ( 10/2018)

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

UNITED STATES OF AMERICA
vs.
Eric F Oelkers

Cases: 3:16CR00054-1 BR

**ORDER ON PETITION TO MODIFY CONDITIONS OR TERM OF SUPERVISION**

Based on the *Petition for Modification of Conditions or Term of Supervision* filed on December 21, 2018, regarding the above-name defendant, **IT IS HERERBY ORDERED that,**

- ☐ No Action
- ☑ **You must reside in and participate in the program a residential reentry center for not more than 60 days, to be released at the direction of the probation officer. You must follow the rules and regulations of the center.**
- ☐ Submit a Request for Warrant or Summons.
- ☐ Court orders the defendant to appear for a status hearing schedule for

**DATED** this 21st day of December, 2018,

_____
Anna J. Brown
Senior U.S. District Judge

Order on Petition to Modify Conditions or Term of Supervision - 3:16CR00054-1 BR
(10/2018)