AO 245D      Judgment in a Criminal Case for Revocation - DISTRICT OF OREGON CUSTOMIZED (Rev. 9/2017)
           Sheet 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| Plaintiff, | (For Revocation of Probation or Supervised Release) |
| v. | **Case No.: 3:16-CR-00054-BR-1** |
| **ERIC F. OELKERS** | **USM Number: 72758-065** |
| Defendant. | Conor Huseby, <br> Defendant's Attorney |
| | Ryan W. Bounds, <br> Assistant U.S. Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of Special Conditions and Standard Condition No. 2 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Special Condition | Submit to substance abuse testing | January 5, 2019 |
| Special Condition | Participate in substance abuse treatment or alcohol abuse treatment | January 18, 2019 |
| Standard Condition No. 2 | Report to the probation officer as instructed | January 16, 2019 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ , and is discharged as to such violation(s) condition.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

August 07, 2019
_____
Date of Imposition of Sentence

_____
Signature of Judicial Officer

Anna J. Brown, U.S. Senior District Judge
_____
Name and Title of Judicial Officer

August 13, 2019
_____
Date

AO 245D   Judgment in a Criminal Case for Revocation - DISTRICT OF OREGON CUSTOMIZED (Rev. 9/2017)
          Sheet 2 - Imprisonment

DEFENDANT: ERIC F. OELKERS                                              Judgment-Page **2** of **3**
CASE NUMBER: 3:16-CR-00054-BR-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of **14 months** to be served concurrently with the sanction imposed in Oregon District Court Case 3:10-cr-00185-BR.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the custody of the United States Marshal for this district:

    ☐ at _____ on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____ on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

> The Bureau of Prisons will determine the amount of prior custody that may be credited towards the service of sentence as authorized by Title 18 USC §3585(b) and the policies of the Bureau of Prisons.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                        _____
                                                        UNITED STATES MARSHAL

By: _____

                                                        DEPUTY UNITED STATES MARSHAL

AO 245D    Judgment in a Criminal Case for Revocation - DISTRICT OF OREGON CUSTOMIZED (Rev. 9/2017)
          Sheet 3D - Supervised Release

DEFENDANT: ERIC F. OELKERS                                              Judgment-Page **3** of **3**
CASE NUMBER: 3:16-CR-00054-BR-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **No Reimposed Supervision.**